proceeding seeking to annul the determination of the New York State Board of Parole (Board) denying his release to parole supervision. Contrary to petitioner's contention, there is no indication in the record that the Board relied on incorrect information concerning his criminal history in denying his request for parole release (*see Matter of Boccadisi v Stanford*, 133 AD3d 1169, 1170-1171 [2015]; *Matter of Rivers v Evans*, 119 AD3d 1188, 1188-1189 [2014]). Contrary to petitioner's further contention, Supreme Court properly denied the petition inasmuch as the Board considered the required statutory factors and adequately set forth its reasons for denying petitioner's application (*see Matter of Siao-Pao v Dennison*, 11 NY3d 777, 778 [2008]), and inasmuch as the Board's determination does not exhibit "irrationality bordering on impropriety" (*Matter of Kenefick v Sticht*, 139 AD3d 1380, 1381 [2016], *lv denied* 28 NY3d 902 [2016]). Petitioner's additional contentions—that respondents lacked jurisdiction over him by virtue of improper procedures and that he was denied due process of law by the Board's failure to follow its statutory mandates—were not raised in his administrative appeal, and petitioner therefore has failed to exhaust his administrative remedies with respect to them (*see Matter of Karlin v Cully*, 104 AD3d 1285, 1286 [2013]; *Matter of Secore v Mantello*, 176 AD2d 1244, 1244 [1991]). Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Troutman, JJ.

■ In the Matter of LAO SIHATHEP, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [54 NYS3d 906]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered May 6, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Troutman, JJ.

■ In the Matter of HILTON WEBB, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [54 NYS3d 907]—Appeal from a judgment of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered May 6, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, DeJoseph, NeMoyer and Winslow, JJ.